# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ROBERT TROY MCCLURE, #1420457, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD BABCOCK, <br><br> Defendant. | § § § § § § § § § § § § § <br> Case No. 6:20-cv-596-JDK-KNM |

## FINAL JUDGMENT

The Court, having considered Plaintiff's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that Plaintiff's case is **DISMISSED WITH PREJUDICE** for purposes of proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915(g), but without prejudice as to the refiling of his claims without seeking *in forma pauperis* status. All pending motions are **DENIED** as **MOOT**.

The Clerk of the Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **31st** day of **January, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE